# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  May 14, 2026                                                    Judge:  Hon. James Donato

Time:  2 Minutes

Case No.      **3:26-cv-02362-JD**
Case Name    **Siteman v. Chan Zuckerberg Initiative, LLC et al**

Attorney(s) for Plaintiff(s):       Eugene Zinovyev
Attorney(s) for Defendant(s):    Teresa Ghali/Jennifer Cornell

Deputy Clerk:  Lisa R. Clark                                Court Reporter:  Marla Knox

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

Plaintiff's request for leave to amend the complaint is granted.  An amended complaint may be filed by June 4, 2026.  Within 21 days of the amendment, defendants may file a new motion to compel arbitration, or a statement electing to stand on the previously filed briefs, Dkt. Nos. 19, 20.

The case is otherwise stayed in the interim.